UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
KATHLEEN A. WAYMAN,                                :
                                                                       :
                                    Plaintiff,             :        **CONSENT ORDER TO REMAND**
                                                                       :        **PURSUANT TO SENTENCE 4 OF**
                       v.                                        :        **45 U.S.C. § 405(g)**
                                                                       :
MICHAEL J. ASTRUE,                               :        Hon. David E. Peebles
Commissioner of Social Security           :        Civil Action No. 09-1088
                                                                       :
                                    Defendant.          :
--------------------------------------------------------X

      This matter having been opened to the Court by Richard S. Hartunian, United States

Attorney for the Northern District of New York, and Susan Reiss, Special Assistant United

States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to

the Defendant pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative

proceedings; and Plaintiff, through the undersigned attorney, having consented to the within

order and the requested remand, and the Court having considered the matter,

      IT IS on this 20th day of August, 2010;

      ORDERED that the final decision of the Commissioner be and hereby is REVERSED,

and the matter is REMANDED to the Defendant for this further administrative action pursuant to

sentence four of 42 U.S.C. § 405(g), and it is further ORDERED that the within matter, be and

hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 111 S. Ct. 2157

(1991).

IT IS SO ORDERED:

David E. Peebles
U.S. Magistrate Judge

Dated: August 20, 2010

      The undersigned hereby consent to the form and entry of the within order.

Richard S. Hartunian
United States Attorney


By:  /s Susan Reiss
Susan Reiss
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212)264-3650, ext. 215
susan.reiss@ssa.gov


/s Peter A. Gorton
Peter A. Gorton
Lachman, Gorton Law Firm
P.O. Box 89
1500 East Main Street
Endicott, New York   13761-0089