# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

**Kathleen Wayman**

     vs.                     **CASE NUMBER: 3:09-CV-1088 (GLS/DEP)**

**Michael J. Astrue, Commissioner of Social Security**

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That upon stipulation of the parties the final decision of the Commissioner is hereby REVERSED and the matter is REMANDED for further administrative action pursuant to sentence four of 42 USC section 405(g).

All of the above pursuant to the order of the Honorable Judge David E. Peebles, dated the 23rd day of August, 2010.

DATED: August 23, 2010

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk