# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE

**KATHLEEN WAYMAN**

    vs.                        **CASE NUMBER: 09-CV-1088 (GLS/DEP)**

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Stipulation of the parties consenting to an award of Attorney Fees under the Equal Access to Justice Act is approved in the amount of $5,500.00 plus costs in the amount of $350.00.

All of the above pursuant to the order of the Honorable Judge David E. Peebles, dated the 6th day of October, 2010.

DATED: October 7, 2010

                                                  Clerk of Court

                                                  s/

                                                  Joanne Bleskoski
                                                  Deputy Clerk